UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION
CASE NO. 5:22-CV-105-BJB

IN THE MATTER OF THE COMPLAINT OF
MARQUETTE TRANSPORTATION COMPANY GULF-INLAND, LLC,
AS OWNER *PRO HAC VICE* AND OPERATOR OF THE
M/V ST. BARTHOLOMEW, OFFICIAL NO. 1267552,
FOR EXONERATION FROM OR LIMITATION OF LIABILITY

---

VERIFICATION OF COMPLAINT BY MARQUETTE
TRANSPORTATION COMPANY GULF-INLAND, LLC
(Electronically Filed)

---

I, Kendall Chauvin, state and declare as follows:

1. That I am the Executive Vice-President for Marquette Transportation Company Gulf-Inland, LLC, Limitation Plaintiff in the above captioned proceeding;

2. That I have read the above and foregoing Complaint, and all of the allegations of fact contained therein are true and correct to the best of my information, knowledge and belief;

3. That I am authorized by Marquette Transportation Company Gulf-Inland, LLC to make this Verification on its behalf; and

4. That I make this Verification as my free act and deed and as the free act and deed of Marquette Transportation Company Gulf-Inland, LLC.

PURSUANT TO 28 U.S.C. SECTION 1746, I DECLARE UNDER THE PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE, INFORMATION AND BELIEF.

Executed on this 11th day of August 2022, in the City of St. Rose, State of Louisiana.

Name: Kendall Chauvin
Title: Executive Vice-President