EXHIBIT 1

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION
CASE NO.   5:22-CV-105-BJB

IN THE MATTER OF THE COMPLAINT OF
MARQUETTE TRANSPORTATION COMPANY GULF-INLAND, LLC,
AS OWNER *PRO HAC VICE* AND OPERATOR OF THE
M/V ST. BARTHOLOMEW, OFFICIAL NO. 1267552
FOR EXONERATION FROM OR LIMITATION OF LIABILITY

## DECLARATION OF VALUE

I, Fred Budwine, declare under oath:

1. I am currently the president of Budwine and Associates and in that capacity am a certified marine surveyor with 43 years of experience, which includes surveying and valuing inland marine vessels.

2. I am familiar with the M/V ST. BARTHOLOMEW.

3. Based on my familiarity with the M/V ST. BARTHOLOMEW and my knowledge of market value, it is my belief that the fair and reasonable market value of the M/V ST. BARTHOLOMEW as of August 6, 2022 was approximately $4,000,000 United States Dollars.

PURSUANT TO 28 U.S.C. SECTION 1746, I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE, INFORMATION AND BELIEF.

Executed on this 12th day of August, 2022, in the Parish of St. Tammany and State of Louisiana.

Name: Fred O. Dufrene
Title: President