EXHIBIT 2

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION
CASE NO. __5:22-CV-105-BJB__

IN THE MATTER OF THE COMPLAINT OF
MARQUETTE TRANSPORTATION COMPANY GULF-INLAND, LLC,
AS OWNER *PRO HAC VICE* AND OPERATOR OF THE
M/V ST. BARTHOLOMEW, OFFICIAL NO. 1267552,
FOR EXONERATION FROM OR LIMITATION OF LIABILITY

## DECLARATION OF PENDING FREIGHT

I, Kendall Chauvin, state and declare as follows:

1. I am over eighteen (18) years of age. I am competent to testify based on personal knowledge regarding the facts contained herein.

2. I am the Executive Vice-President of Marquette Transportation Company Gulf-Inland, LLC.

3. On August 6, 2022, the M/V ST. BARTHOLOMEW was transporting 8 barges on the Tennessee River, a navigable waterway of the United States.

4. The pending freight for the voyage earned by the M/V ST. BARTHOLOMEW is $33,453.00 United States Dollars.

PURSUANT TO 28 U.S.C. SECTION 1746, I DECLARE UNDER THE PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE, INFORMATION AND BELIEF.

2

Executed on this 11 day of August, 2022, in the Parish of St. Charles, State of Louisiana.

Name: Kendall Chauvin
Title: Executive Vice President of Marquette Transportation Company Gulf-Inland LLC

2